1

2

3

4

5

6

7

8　　　　　　UNITED STATES DISTRICT COURT

9　　　　　　CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| BELLA + CANVAS, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ARTCANVAS INC., an Illinois corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-04301-PA-PLA<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1         Upon consideration of Plaintiff Bella + Canvas, LLC and Defendant

2    Artcanvas Inc.'s (collectively, "the Parties") Joint Stipulation for dismissal of this

3    entire action without prejudice (the "Stipulation"),

4         THE COURT HEREBY ORDERS AS FOLLOWS:

5         1.     The Stipulation is GRANTED;

6         2.     This action is dismissed without prejudice, all Parties to bear their own

7    costs and fees;

8

9

10

11         IT IS SO ORDERED.

12

13    Dated:  March 23, 2020

14         Hon. Percy Anderson
     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2835/102185-0190
14870638.1 a03/20/20

-1-

[PROPOSED] ORDER GRANTING
STIPULATION FOR DISMISSAL